# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                       Plaintiff,

:

-vs-

TRAVIS DE-ANGELO SMITH,

                       Defendant.

:

:

:

Case No. 3:17mj0084

Magistrate Judge Sharon L. Ovington

---

## BINDOVER ORDER

---

This matter was set for preliminary examination on March 29, 2017.  Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

April 4, 2017

                                              s/ Sharon L. Ovington
                                           Sharon L. Ovington
                                       United States Magistrate Judge